# NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1441, 1443, AND THE UNITED STATES CONSTITUTION

Filed by:

Caleb Retelle                                     25-cv-315-jdp

Pro Se

Private Estate Holder / Natural Father / Secured Party Creditor

Date: April 14, 2025

Location: Madison, Wisconsin

## I. REMOVAL STATEMENT

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1443, I, Caleb Retelle, hereby remove the above-entitled actions from the State of Wisconsin to the jurisdiction of the United States District Court for the Western District of Wisconsin, due to repeated violations of federal law, constitutional rights, and federally protected parental and disability rights.

This removal applies to the following cases:

- 2021PA0107PJ – Dane County Family Court (Custody)

- 24CF1694 – Criminal Felony: Interference with Custody

## II. BASIS FOR REMOVAL

Removal is proper under:

- 28 U.S.C. § 1441 – Federal question jurisdiction

- 28 U.S.C. § 1443(1) – Civil rights removal

- U.S. Constitution:

    - First Amendment – Free speech and right to petition

- ○ Fifth Amendment – Due process

- ○ Sixth Amendment – Right to counsel and confrontation

- ○ Eighth Amendment – Protection from cruel and unusual punishment

- ○ Ninth Amendment – Reservation of natural rights

- ○ Fourteenth Amendment – Equal protection and substantive due process
- ADA Title II (42 U.S.C. § 12132) – Denial of accommodations in public court

- 42 U.S.C. § 1983 – Deprivation of rights under color of law

- UCC § 1-308 – Reservation of rights under duress

---

## III. FACTUAL GROUNDS FOR REMOVAL

**A.**

**Family Court Case – 2021PA0107PJ**

- Over 200 lawful, unrebutted filings submitted by Plaintiff remain ignored.

- 17 contempts by the opposing party (Tatyana) were dismissed or overlooked.

- GAL Alyssa Mahaffay demonstrated persistent bias, ignoring documented harm to the child.

- Plaintiff was:

  - ○ Denied ADA accommodations despite formal requests

  - ○ Forced into irrelevant programs under threat

  - ○ Incarcerated and denied asthma treatment

  - ○ Prevented from cross-examining key witnesses, while his partner was questioned

- A court agent stated: "I didn't think he'd make it this far," confirming prejudgment.

**B.**

**Criminal Felony Case – 24CF1694**

- The charge for interference with custody was filed after Plaintiff followed CPS guidance to retain his daughter in a documented safety crisis.

- The opposing party allowed Vincent Morales, who was under a restraining order, into the home with the child.

- Dental records show one-fourth of the child's teeth required surgery within months of her custody change.

- During arrest:

    - No valid legal service was performed

    - Plaintiff's pregnant partner's PICC line was forcibly dislodged

    - The same bond was applied to both custody and criminal matters—clear coercion

    - Video and call recordings confirm excessive force and abusive procedures

---

## IV. FEDERAL QUESTIONS PRESENTED

1. Can a parent be criminalized for following CPS safety instructions?

2. Do courts have the right to ignore ADA filings and detain disabled persons without accommodations?

3. Does judicial misconduct and GAL bias, paired with the misuse of bonds, amount to civil rights violations?

4. Can cross-examination be blocked while selectively enforced against one party?

5. Do over 200 unrebutted filings and ignored contempts justify federal review?

---

## V. RELIEF REQUESTED

Plaintiff respectfully requests:

1. That the United States District Court assume full jurisdiction over both 2021PA0107PJ and 24CF1694.

2. That this Court dismiss or stay all ongoing proceedings in state court pending review.

3. That the Court order a comprehensive federal investigation and review, including:

   ○ CPS communications

   ○ GAL behavior and filings

   ○ Jail records and medical denial

   ○ Improper bonding

   ○ Transcript manipulation and service fraud

4. That this Court issue injunctive and declaratory relief:

   ○ Void coercive or fraudulent orders

   ○ Reinstate parental rights

   ○ Prevent future retaliation

   ○ Enforce ADA protections and civil rights

---

## VI. CONCLUSION

Both of these cases—one criminal, one custodial—are inextricably linked through retaliation, fraud, abuse of discretion, and systemic misconduct. Federal protection is necessary to uphold the Constitution, ensure the safety of a child, and prevent further irreparable harm to Plaintiff and his family.

---

Respectfully submitted,

Caleb Retelle

Signature: _____

Date: April 14, 2025

Location: Madison, Wisconsin