## JOINT COVER LETTER

## To Accompany Complaint Submissions

**From: Lei-Le Christenson & Caleb Retelle**

**To: Dane County Sheriff's Office – Internal Affairs & Court Security Unit**

**Date: April 14, 2025**

---

**Dane County Sheriff's Office – Executive Services Captain**

**Attn: Internal Affairs / Court Security Review**

**115 W. Doty Street**

**Madison, WI 53703**

**Fax: (608) 284-6156**

---

**RE: Joint Complaint Against Court Bailiff – Improper Service and Unprofessional Conduct (March 27, 2025)**

To Whom It May Concern,

Please accept this letter as the formal submission of two separate but related complaints filed by:

- Lei-Le Christenson, and
- Caleb Retelle

Both complaints concern the conduct of a court bailiff employed by Dane County, who, on March 27, 2025, improperly attempted to serve legal documents during an unrelated hearing and used coercive and unprofessional language in doing so.

The bailiff's actions, detailed in the attached letters, include:

- Improper and unlawful service in violation of Wis. Stat. § 801.10

- Verbal intimidation and sarcasm, including statements like:

  "Oh, you are taking these papers."

  "You can keep playing these games."

- Conflict of interest, as the bailiff was directly involved in the court security role and should not have executed personal service in a case he was assigned to oversee

- Unlawful placement of papers after service was refused, and no documentation of legal service

- Witness corroboration from attorney Frank Raff, who admitted the service was improper (confirmed on recording)

We respectfully request that an internal investigation be initiated regarding this misconduct, and that appropriate disciplinary action be considered. We also ask that this bailiff be removed from further involvement in any case in which either complainant is a party.

Please confirm receipt of this letter and the attached complaints. We are prepared to submit additional evidence (video, audio, or sworn affidavit) upon request.

Thank you for your time and attention.

Respectfully,

Lei-Le Christenson

54 S. Gammon Rd Apt G

Madison, WI 53717

Andromedabae287@gmail.com

Caleb Retelle

54 S. Gammon Rd Apt G

Madison, WI 53717

Cjretelle@gmail.com

Caleb Retelle

## FORMAL MISCONDUCT COMPLAINT

Filed by: Lei-Le Christenson

Date: April 14, 2025

---

**To Whom It May Concern:**

I am submitting this formal complaint regarding the misconduct and abuse of authority by a court bailiff/security officer assigned to my hearing at the Dane County Courthouse on March 27, 2025.

The individual in question, a court bailiff acting under color of law, violated state law, due process protections, and courtroom neutrality by:

1. Attempting to serve me with legal paperwork during an unrelated hearing;

2. Verbally intimidating me and my co-parent, stating:

    "Oh, you are taking these papers."

    "You can keep playing these games."

3. Remaining seated in the courtroom throughout the hearing — which he was assigned to oversee — then personally executing a service attempt, violating Wis. Stat. § 801.10(1);

4. Leaving the documents next to me on a bench after we explicitly refused them;

5. Failing to record the service properly or notify the court that it was never completed;

6. Using his authority as a courtroom officer to act in an adversarial, biased, and unprofessional manner;

7. Ignoring the constitutional requirement of neutral process service under the Fourteenth Amendment and violating court integrity under Canon 2 and 3 of Wisconsin's judicial ethics code.

The bailiff's dual role as both security and process server created a clear conflict of interest. He had no legal right to serve me, as he was an active participant in the courtroom he was assigned to protect. His duty is to ensure procedural neutrality, not to act as an agent of process in cases he is observing.

Additionally, the service was:

- Not documented
- Not physically accepted
- Captured on video and audio
- Witnessed by Attorney Frank Raff, who agreed (on record) that the conduct was improper, but failed to report it

---

**Legal Violations:**

- Wis. Stat. § 801.10(1): Service must be performed by an impartial, qualified person not directly involved with the case or courtroom
- U.S. Constitution, Amendment XIV: Denial of proper service, coercive environment, and intimidation
- Canon 2 & 3 – SCR Chapter 60: Officers must maintain neutrality and avoid the appearance of bias, coercion, or impropriety

---

**Requested Action:**

I am requesting a full investigation into the conduct of this bailiff, including a review of:

- Video surveillance from March 27, 2025
- Internal service logs or false entries

- Audio recordings and statements from witnesses

- Any prior complaints regarding this officer

Additionally, I request that:

- The incident be entered into my case record as a procedural violation

- The bailiff be prohibited from any further involvement in my cases

- All court personnel be reminded of lawful service and neutrality obligations

---

Please confirm receipt and advise me of next steps. I am prepared to submit video/audio evidence and sworn affidavits as needed.

Respectfully submitted,

Lei-Le Christenson

54 S. Gammon Rd Apt G

Madison, WI 53717

Andromedabae287@gmail.com

**Formal Misconduct Complaint**

To:

Dane County Sheriff's Office – Internal Affairs

Attn: Executive Services Captain

115 W. Doty Street

Madison, WI 53703

Fax: (608) 284-6156

From:

Caleb Retelle

54 S. Gammon Road Apt G

Madison, WI 53717

Date: April 14, 2025

Subject: Complaint Regarding Improper Service and Misconduct by Court Bailiff on March 27, 2025

Dear Sir/Madam,

I am writing to formally lodge a complaint against a court bailiff employed by the Dane County Sheriff's Office for actions that occurred on March 27, 2025, at the Dane County Courthouse in Madison, Wisconsin.

During a court hearing unrelated to any family court matters, the bailiff in question approached me and attempted to serve legal documents pertaining to a separate family court case. This action was inappropriate and violated established legal protocols for service of process. Specifically:

1. Improper Service: The bailiff, who was actively involved in the courtroom proceedings as a security officer, attempted to serve me documents related to a different case. According to Wisconsin Statutes § 801.10(1), service of process must be carried out by an impartial individual not involved in the case. The bailiff's dual role compromised the neutrality required for proper service.

2. Unprofessional Conduct: The bailiff exhibited unprofessional behavior by stating, "Oh, you are taking these papers," and "You can keep playing these games," in a sarcastic and intimidating manner. This conduct is unbecoming of a court officer and undermines the integrity of the judicial process.

3. Failure to Complete Service: Neither I nor my co-parent, Lei-Le Christenson, accepted the documents. The bailiff left the papers on a bench beside us, which we did not touch. Upon returning to the area later, the documents were no longer there, having been removed by court staff. This does not constitute valid service under the law.

4. Witness to the Incident: Attorney Frank Raff witnessed the entire incident and acknowledged on a recorded line that the service attempt was improper and intimidating. However, he failed to intervene or report the misconduct.

These actions not only violated legal procedures but also infringed upon my rights to due process and fair treatment within the judicial system. I request a thorough investigation into this matter and appropriate disciplinary action against the bailiff involved.

Please confirm receipt of this complaint and inform me of any actions taken in response.

Sincerely,

Caleb Retelle