# NOTICE OF FEDERAL ESCALATION AND CONSTITUTIONAL RIGHTS VIOLATIONS

IN RE: Caleb Retelle

Subject: Formal Escalation of State-Level Custody Proceedings to Federal Jurisdiction

Date: April 14, 2025

To Whom It May Concern:

This document serves as formal notice of my intent to escalate ongoing custody proceedings and related constitutional violations occurring in DANE/WISCONSIN Family Court to federal jurisdiction. This escalation is based on the following: repeated violations of due process, unlawful discrimination against my documented disabilities, failure to enforce lawful custody orders, suppression of evidence, and retaliation following lawful status correction and UCC filings.

I. FEDERAL BASIS FOR ESCALATION

• Violation of the Americans with Disabilities Act (ADA), including failure to honor accommodation requests, resulting in health crises and emotional distress.

• Violation of the 1st Amendment: Suppression of protected speech, retaliation for asserting lawful status, and threats to prevent public discourse about the case.

• Violation of the 5th and 14th Amendments: Deprivation of due process, liberty, and parental rights without equal protection or fair hearing.

• Violation of the 6th Amendment: Denial of right to counsel and cross-examination of witnesses.

• Violation of the 8th Amendment: Cruel and unusual punishment via neglect of medical care while incarcerated (asthma medication denied).

II. STATE MISCONDUCT AND EVIDENCE OF RETALIATION

• Over 200 pieces of lawful documentation and filings submitted to the court have been ignored or omitted from records.

• The opposing party submitted no lawful rebuttals, yet received preferential treatment and enforcement bias.

• Despite CPS instructing me to retain custody for safety, I was punished while the child's safety was endangered under the mother's care.

• Over 17 contempts of court by the opposing party have been ignored without consequence.

• Judicial officers demonstrated bias, led witness questioning, and denied my right to question opposing witnesses while allowing them to question mine.

• I was subjected to false programs and services irrelevant to my case and non-compliant with my disabilities.

## III. PUBLIC AND CONSTITUTIONAL DISCLOSURE

• I will be lawfully disclosing the details of this matter through protected speech, including but not limited to media, podcasts, online platforms, and civil rights forums.

• This disclosure is protected under the First Amendment and shall not be construed as defamation or obstruction, but rather as an act of lawful transparency.

## IV. FEDERAL REQUEST FOR RELIEF AND INTERVENTION

• Immediate review of the family court case under federal jurisdiction due to ongoing harm and constitutional breach.

• Investigation into judicial misconduct, GAL bias, CPS collusion, and ADA violations by court services and jail staff.

• Full reinstatement of parental rights and investigation into the endangerment and medical neglect of the child while under the opposing party's care.

• Relief from state-level retaliation based on lawful UCC filings, trust establishment, and status correction.

Respectfully Submitted,

*[signature]*

Caleb Retelle

Secured Party Creditor / Private Estate Administrator / Natural Father

Date: April 14, 2025