**HARDSHIP DECLARATION & REQUEST FOR EMAIL FILING AND FEE WAIVER**

Submitted by: Lei-Le Christenson & Caleb Retelle

To: WIWD Clerk's Office | ECF Help Desk | Deputy Register Laura Nachazel

Date: 04/16/2025

Re: Request for Accommodation Under Hardship for Filing and Associated Fees

---

To Whom It May Concern,

We, Lei-Le Christenson and Caleb Retelle, respectfully submit this formal declaration to request:

1. Permission to file case-initiating documents via email rather than in person, by mail, or fax.

2. A waiver of any associated filing fees, copying fees, or related costs due to demonstrated financial and caregiving hardship.

---

## I. Basis for Request: Medical, Financial & Family Hardship

1. Medical Disabilities (Lei-Le Christenson):

    I, Lei-Le Christenson, live with chronic medical conditions and disabilities that significantly impair my mobility. These include documented gastrointestinal and neurological disorders which require consistent home care and at times, medical intervention. I am currently in recovery from postpartum-related complications and managing physical symptoms that make travel extremely difficult and potentially dangerous without assistance.

2. Infant Care (Viviana, born October 2024):

    We are full-time caregivers for our 6-month-old daughter, Viviana Lucila Neija Retelle. Due to her age, she requires round-the-clock feeding, supervision, and care. We do not have outside childcare assistance and must coordinate her needs with our legal responsibilities.

3. Dual Caregiver Burden (Caleb Retelle):

   Caleb is not only a father and provider, but also acts as my caregiver during flare-ups or mobility crises. This dual role limits his availability for travel or filing tasks, especially when court deadlines and parenting duties overlap.

4. Financial Hardship:

   At this time, we are experiencing significant financial constraints. These include:

   - Medical expenses related to postpartum recovery and disability
   - Limited work capacity due to caregiving duties and pending legal matters
   - Necessary living expenses to provide for our child

5. As such, the standard court fees present an undue burden and would impair our ability to access justice. Under Wis. Stat. § 814.29 and federal constitutional principles of due process and equal access to the courts, we respectfully request the waiver of any filing, service, and copying fees.

## II. Legal Grounds

- Wis. Stat. § 814.29(1)(b): A party may file an affidavit of indigency and request that fees be waived due to poverty or inability to pay.
- ADA Title II / 42 U.S. Code § 12132: No qualified individual with a disability shall be denied the benefits of services or programs of a public entity, including court access.
- Constitutional Due Process (14th Amendment): Fundamental rights such as parental rights and access to legal recourse must not be impaired due to disability or financial hardship.

## III. Request Summary

In accordance with the above, we respectfully request:

- Approval to submit our filings via email due to mobility and caregiving limitations

- Waiver of the filing and document fees, including any copy charges or facsimile restrictions, as an accommodation to ensure equitable access

---

We are willing to provide any supporting documentation necessary, including medical letters, proof of income, or affidavits. Thank you for your consideration in reviewing our hardship-based request.

Sincerely,

Lei-Le Christenson & Caleb Retelle