### AFFIDAVIT OF DISHONOR, CONSTRUCTIVE FRAUD, AND MOTION FOR DISMISSAL

IN RE: Caleb Retelle

Family Court Case #: 2021PA0107PJ

Court: Madison Wisconsin Dane County

Date: April 14, 2025

To:

The Family Court of DANE/WISCONSIN,

Guardian ad Litem (GAL) Alyssa Mahaffay,

Family Court Services (FCS),

CPS Officials,

and all Public Officers acting in this matter,

From:

Caleb Retelle, Lawful Father, Secured Party Creditor, Private Estate Holder

---

I, Caleb Retelle, a living man, natural father, secured party creditor, business owner, and lawful participant in these proceedings, do affirm and declare under penalty of perjury that the following is true, correct, and complete to the best of my knowledge and firsthand experience.

---

## I. FORMAL MOTION FOR DISMISSAL

I hereby move this court to dismiss the current custody proceedings with prejudice due to:

1. Proven pattern of dishonor, fraud, bias, and retaliation;

2. Failure of the court and GAL to rebut over 200+ lawful filings made over the course of two years;

3. Confirmed procedural violations, ADA non-compliance, constitutional violations, and judicial misconduct;

4. Corruption, selective enforcement, and endangerment of a child under the court's watch.

---

## II. CORE POINTS AND UNREBUTTED FILINGS (Affirmed and Filed Since June 2023)

- Tatyana has never submitted a single affidavit under penalty of perjury to rebut my filings.

- CPS advised me to keep Annali in my custody for safety—I followed their directive.

- Over 17 contempts of court by Tatyana have been ignored.

- Despite full compliance on my part, I have been repeatedly punished, targeted, and silenced.

- A motion to dismiss is proper under civil and constitutional law when continued proceedings violate due process and endanger the rights of the parties and child.

---

## III. KEY FACTS SUPPORTING DISMISSAL AND DAMAGES CLAIM

1. My Former Attorney Abandoned Me Unlawfully

    - My lawyer withdrew without cause or replacement, violating duty of care.

    - I was left unrepresented during critical moments of trial.

2. Tatyana's Criminal Negligence and CPS Violations

    - Tatyana allowed Vincent Morales, a known danger, into her home in violation of a restraining order.

    - Police reports confirm he was present overnight, and Tatyana admitted one-on-one communication, placing Annali at risk.

    - CPS text messages corroborate their position that I acted correctly by keeping Annali safe.

3. **Severe Dental Neglect Under Tatyana's Sole Care**

   - Within 6 months of her sole custody, over ¼ of Annali's teeth required surgical intervention, per documented medical records.

4. **Contempt Disparity and Biased Enforcement**

   - Tatyana has accumulated 17 contempts without consequence.
   - I have been punished for following court directives and acting in Annali's best interest.

5. **False and Coercive Services**

   - I was forced into programs irrelevant to my case under threat of consequence.
   - The services failed to accommodate my documented disabilities.

6. **Disabilities Ignored – ADA Violations**

   - I filed formal ADA accommodation paperwork, which was ignored.
   - I was denied communication support, which caused a severe panic attack.
   - I was jailed and denied asthma treatment, endangering my health.

7. **Trial Bias and Judicial Collusion**

   - The court permitted Tatyana to question my partner (Leile) but did not recall her mother (a witness in her favor) so I could cross-examine.
   - The judge led the opposing party to ask specific questions, showing clear procedural misconduct.
   - On record, the judge heard Tatyana's mother confirm that Tatyana was still involved with Vincent Morales during the restraining order, yet no charges or consequences followed.

8. **Court Bias Confirmed in Statement**

   - A court-affiliated party stated aloud that they didn't think I would make it this far—demonstrating bias and bad faith.

9. Business and Trust Status Recognized

    - I operate under a registered LLC, and my estate has been lawfully recorded through UCC filings.
    - I am the secured party creditor, holding lawful title over my legal fiction and estate.

## IV. LEGAL STANDING AND CONSTITUTIONAL CLAIMS

- I have operated under both public and private law.

- I have filed under UCC, lawful trust law, and constitutional protections.

- I have fulfilled my obligations with integrity, while the opposing party and this court have operated under:

    - Color of law,

    - Fraud by omission,

    - Malicious suppression of evidence, and

    - Violation of due process and equal protection under the 1st, 5th, 6th, 8th, 9th, and 14th Amendments.

## V. NOTICE OF ESCALATION AND PUBLIC DISCLOSURE

Due to the systemic misconduct, I hereby notify this court of the following:

1. I am preparing to escalate this matter to federal court, including civil rights and constitutional violations, ADA noncompliance, and child endangerment.

2. I will exercise my 1st Amendment right to public speech, and will be disclosing the full timeline, names, evidence, and recordings through:

    - Social media,

- Public news outlets,
- Podcasts,
- Educational platforms, and
- Lawful sovereign advocacy channels.

3. This is a matter of public concern, child welfare, and judicial transparency. I will not be silenced by intimidation, coercion, or unlawful threats.

---

## VI. DEMAND FOR DISMISSAL & LAWFUL REMEDY

I formally demand:

- Immediate dismissal of all proceedings with prejudice,
- Public acknowledgment of the violations against myself and my daughter,
- Reinstatement of full custodial and parental rights,
- A formal investigation into all officers, GALs, attorneys, and judges involved for abuse of process, violation of oaths, and color of law enforcement.

---

Sworn and Affirmed by:

Caleb Retelle  *[signature]*

Secured Party Creditor / Natural Father / Private Estate Administrator